Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VENUS LOCATIONS, LLC,<br><br>        Plaintiff,<br>vs.<br><br>INRIX INC.<br>        Defendant. | Cause No. 2:17-cv-01169-JLR<br><br>[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE |

In consideration of the parties' Joint Motion For Dismissal With Prejudice of all claims asserted between Plaintiff Venus Location LLC ("Plaintiff") and Defendant Inrix, Inc. ("Defendant"), the Joint Motion For Dismissal With Prejudice is GRANTED, and it is ODERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff and Defendant, are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

Dated this 12 day of October, 2017.

_____
Hon. James L. Robart
United States District Judge

[PROPOSED] ORDER FOR DISMISSAL
Cause No. C17-01169-JLR

Page 1

Mann Law Group
1218 Third Avenue, Suite 1809
Seattle, WA 98101
Phone: 206.436.8500

Presented by:

MANN LAW GROUP

Attorneys for Plaintiff Venus Locations, LLC

By:

/*Philip P. Mann*

Philip P. Mann, WSBA # 28860
Mann Law Group
1218 Third Avenue, Suite 1809
Seattle, WA 98101
(206) 436-0900
Fax (866) 341-5140
phil@mannlawgroup.com

~~PROPOSED~~ ORDER FOR DISMISSAL
Cause No. C17-01169-JLR

Page 2

Mann Law Group
1218 Third Avenue, Suite 1809
Seattle, WA 98101
Phone: 206.436.8500

# CERTIFICATE OF SERVICE

I hereby certify on the date indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have appeared in this matter.

DATED: October 12, 2017             /s/ *Philip P. Mann*